UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
                                    )
ROBERT J. MILNE,                    ) CIVIL ACTION NO: 302CV660 GLG
            Plaintiff,              )
                                    )
vs.                                 )
                                    )
CATUOGNO COURT REPORTING            )
SERVICES, INC., STEN-TEL, INC.,     ) MOTION FOR ENLARGEMENT
AND RAYMOND F. CATUOGNO,            ) OF TIME
            Defendants.             )
_____ )

      Pursuant to D. Conn. L. Civ. R. 7(b) and Fed. R. Civ. P. 6, the plaintiff in this action moves for an enlargement of time to allow the plaintiff until March 31, 2004, to complete discovery in this matter, including the deposition of the defendant, his son and office manager. To date, the plaintiff has not yet received the defendant's disclosure pursuant to Fed. R. Civ. P. 26, and has agreed to allow the defendant until March 1, 2004, to provide same. The plaintiff has made his Rule 26 disclosure to the defendant and the plaintiff's deposition has been completed. At the deposition of the plaintiff, which occurred on January 13, 2004, the defendant, through counsel, asked for a

extension until March 1, 2004, to provide the requested documentation under Rule 26. Any deposition(s) shall be completed by March 31, 2004, following the receipt of requested documentation. The time frame for completion of discovery currently expires on January 31, 2004.

    The undersigned has inquired of opposing counsel and there is no objection to this motion. This is the first request for an extension relative to the deadline for completion of discovery. The parties have engaged in some settlement discussions and are always hopeful that the matter may resolve short of trial.

                                      THE PLAINTIFF,

Dated: 1/26/04                    By: _____
                                        Patrick Tomasiewicz  ct01320
                                        Fazzano, Tomasiewicz and Paulding
                                        836 Farmington Ave. Suite 109
                                        West Hartford CT 06119
                                        Tel: 860-231-7766
                                        Fax: 860-231-7359

## CERTIFICATION OF SERVICE

The undersigned counsel of record for the plaintiff hereby certifies that service of the foregoing document by U.S. mail, postage prepaid, has been made on January 26, 2004, to:

L. Jeffrey Meehan, Esq.
Doherty, Wallace, Pillsbury and Murphy, P.C.
One Monarch Place
1414 Main Street
Springfield, MA  01144

Linda Clifford Hadley, Esq.
Krasow, Garlick & Hadley, LLC
One State Street
Hartford, CT  06103

_____
Patrick Tomasiewicz

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

_____
                                                         )
ROBERT J. MILNE,                       ) CIVIL ACTION NO: 302CV660 GLG
                    Plaintiff,      )
                                                         )
vs.                                                    )
                                                         )
CATUOGNO COURT REPORTING  )
SERVICES, INC.,                              )
                 Defendants.  ) STATEMENT OF COUNSEL
_____ )

      The undersigned counsel in this matter respectfully represent as follows:

      1.    Suit in this matter was filed on April 12, 2002.

      2.    Plaintiff has complied with all discovery requests of the defendant.

      3.    Defendant has not yet provided responses to plaintiff's discovery requests pursuant to Rule 26.

      4.    Plaintiff has agreed to allow the defendant until March 1, 2004, to serve responses to discovery requests. This is in accordance with the defendant's request for additional time to compile the necessary information sought by the plaintiff.

5. Pursuant to the planning meeting report, the plaintiff has until January 31, 2004, to complete depositions.

6. Plaintiff is unable to complete depositions without the information to be provided in defendant's discovery responses pursuant to Fed. R. Civ. P. 26.

7. The defendant does not object to the plaintiff's request for an enlargement of time.

8. This is the plaintiff's first request for an enlargement relative to the completion of depositions.

                          THE PLAINTIFF,

                          BY_____
                            Patrick Tomasiewicz ct01320
                            Fazzano, Tomasiewicz & Paulding
                            836 Farmington Avenue, Ste. 109
                            West Hartford, CT 06119
                            Tel: 860/231-7766
                            Fax: 860/231-7359