**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
```
-----------------------------------X
ROBERT J. MILNE,                   :
                                   :
        Plaintiff,                 :        ORDER
                                   :
    -against-                      :
                                   :        3:02 CV 660   (GLG)
CATUOGNO COURT REPORTING SERVICES, :
INC., STEN-TEL, INC., AND RAYMOND  :
F. CATUOGNO,                       :
                                   :
        Defendants.                :
-----------------------------------X
```

Plaintiff's motion for enlargement of time to March 31, 2004 to complete discovery [Doc. #26] is **granted**.

        **SO ORDERED.**

**Dated:   January 29, 2004**
        **Waterbury, CT**                        /s/
                                                             Gerard L. Goettel
                                                               U.S.D.J.