UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
                                   )
ROBERT J. MILNE,                   ) CIVIL ACTION NO: 302CV660 GLG
              Plaintiff,           )
                                   )
vs.                                )
                                   )
CATUOGNO COURT REPORTING           )
SERVICES, INC., STEN-TEL, INC.,    ) MOTION FOR ENLARGEMENT
AND RAYMOND F. CATUOGNO,           ) OF TIME
              Defendants.          )
_____)

Pursuant to D. Conn. L. Civ. R. 7(b) and Fed. R. Civ. P. 6, the plaintiff in this action moves for an enlargement of time to allow the plaintiff until April 30, 2004, to complete discovery in this matter. To date, the plaintiff has not yet received the defendant's disclosure pursuant to Fed. R. Civ. P. 26, which, the defendant has represented, will be provided within fourteen days. The plaintiff has made his Rule 26 disclosure to the defendant and the plaintiff's deposition has been completed. The defendant's deposition is scheduled for April 16, 2004, following the receipt of

requested documentation.  The time frame for completion of discovery currently expires on March 31, 2004.

    The undersigned has inquired of opposing counsel who has agreed to the extension of time to complete discovery.

    This matter is not currently scheduled for trial.

                                THE PLAINTIFF,

Dated: 3/24/04                      By: _____
                                          Patrick Tomasiewicz  ct01320
                                          Fazzano, Tomasiewicz and Paulding
                                          836 Farmington Ave. Suite 109
                                          West Hartford CT 06119
                                          Tel: 860-231-7766
                                          Fax: 860-231-7359

## **CERTIFICATION OF SERVICE**

The undersigned counsel of record for the plaintiff hereby certifies that service of the foregoing document by U.S. mail, postage prepaid, has been made on March 24, 2004, to:

L. Jeffrey Meehan, Esq.
Doherty, Wallace, Pillsbury and Murphy, P.C.
One Monarch Place
1414 Main Street
Springfield, MA  01144

Linda Clifford Hadley, Esq.
Krasow, Garlick & Hadley, LLC
One State Street
Hartford, CT  06103

_____
Patrick Tomasiewicz

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
                              )
ROBERT J. MILNE,              ) CIVIL ACTION NO: 302CV660 GLG
              Plaintiff,      )
                              )
vs.                           )
                              )
CATUOGNO COURT REPORTING      )
SERVICES, INC.,               )
              Defendants.     ) STATEMENT OF COUNSEL
_____)

The undersigned counsel in this matter respectfully represent as follows:

1. Suit in this matter was filed on April 12, 2002.

2. Plaintiff has complied with all discovery requests of the defendant.

3. Defendant has not yet provided responses to plaintiff's discovery requests pursuant to Rule 26.

4. Defendant has agreed to provide responses to discovery requests within the next fourteen days.

5. Pursuant to plaintiff's Motion for Enlargement of Time, the plaintiff has until March 31, 2004, to complete depositions.

6.    Plaintiff is unable to complete depositions without the information to be provided in defendant's discovery responses pursuant to Fed. R. Civ. P. 26.

7.    The defendant agrees with the plaintiff's request for an enlargement of time.

                      THE PLAINTIFF,

BY_____
      Patrick Tomasiewicz ct01320
      Fazzano, Tomasiewicz & Paulding
      836 Farmington Avenue, Ste. 109
      West Hartford, CT 06119
      Tel: 860/231-7766
      Fax: 860/231-7359