**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
```
-----------------------------------X
ROBERT J. MILNE,                   :
                                   :
        Plaintiff,                 :        ORDER
                                   :
     -against-                     :
                                   :        3:02 CV 660 (GLG)
CATUOGNO COURT REPORTING           :
SERVICES, INC., et al.,            :
                                   :
        Defendants.                :
-----------------------------------X
```

Plaintiff's motion for enlargement of time to April 30, 2004 to complete discovery [Doc. #28] is **granted**.

       **SO ORDERED.**

**Dated:    March 31, 2004**
          **Waterbury, CT**                              /s/
                                            **Gerard L. Goettel**
                                                **U.S.D.J.**