UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT J. MILNE,<br>            Plaintiff,<br><br>vs.<br><br>CATUOGNO COURT REPORTING<br>SERVICES, INC., STEN-TEL, INC.,<br>AND RAYMOND F. CATUOGNO,<br>            Defendants. | )<br>)  CIVIL ACTION NO: 302CV660 GLG<br>)<br>)<br>)<br>)<br>)<br>)  MOTION FOR ENLARGEMENT<br>)  OF TIME<br>)<br>) |

      Pursuant to D. Conn. L. Civ. R. 7(b) and Fed. R. Civ. P. 6, the plaintiff in this action moves for an enlargement of time to allow the plaintiff until May 21, 2004, to complete discovery in this matter.   The plaintiff has received the defendant's disclosure pursuant to Fed. R. Civ. P. 26, and the defendant's deposition has been completed. Upon review of the documents provided by the defendant, Raymond Catuogno, and information garnered from his deposition, the plaintiff has requested additional documents from the defendant and seeks to take the deposition of the defendant's office manager, Christine Cyboron.

The time frame for completion of discovery currently expires on April 30, 2004. The undersigned has been unable to determine opposing counsel's position relative to this request for an extension of time to complete discovery. Plaintiff avers that there will be no further requests for an extension of time to complete discovery subsequent to the instant motion.

    This matter is not currently scheduled for trial.

                            THE PLAINTIFF,

Dated: 4/27/04                    By: _____
                                            Patrick Tomasiewicz  ct01320
                                            Fazzano, Tomasiewicz and Paulding
                                            836 Farmington Ave. Suite 109
                                            West Hartford CT 06119
                                            Tel: 860-231-7766
                                            Fax: 860-231-7359

## **CERTIFICATION OF SERVICE**

      The undersigned counsel of record for the plaintiff hereby certifies that service of the foregoing document by U.S. mail, postage prepaid, has been made on April 27, 2004, to:

L. Jeffrey Meehan, Esq.
Doherty, Wallace, Pillsbury and Murphy, P.C.
One Monarch Place
1414 Main Street
Springfield, MA  01144

Linda Clifford Hadley, Esq.
Krasow, Garlick & Hadley, LLC
One State Street
Hartford, CT  06103

                                                                                  _____
                                                                                  Patrick Tomasiewicz

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

_____
                                                       )

**ROBERT J. MILNE,**                      ) CIVIL ACTION NO: 302CV660 GLG
                 **Plaintiff,**        )
                                               )
**vs.**                                              )
                                               )
**CATUOGNO COURT REPORTING**  )
**SERVICES, INC.,**                        )
                **Defendants.**    ) **STATEMENT OF COUNSEL**
_____ )

       The undersigned counsel in this matter respectfully represent as follows:

       1.       Suit in this matter was filed on April 12, 2002.

       2.       Plaintiff has complied with all discovery requests of the defendant.

       3.       Defendant has complied with plaintiff's discovery requests at his deposition recently completed on April 16, 2004.

       4.       From information provided at the defendant's deposition, the plaintiff has requested additional documentation from the defendant.

5. From information provided at the defendant's deposition, the plaintiff further seeks to take the deposition of the defendant's office manager, Christine Cyboron.

6. Pursuant to plaintiff's Motion for Enlargement of Time dated March 24, 2004, the plaintiff has until April 30, 2004, to complete discovery, which time is insufficient for the defendant to supply the additional documents requested, and for the plaintiff to take the deposition of Christine Cyboron.

7. The plaintiff has been unable to determine the defendant's position with respect to plaintiff's request for an enlargement of time.

THE PLAINTIFF,

BY_____
Patrick Tomasiewicz ct01320
Fazzano, Tomasiewicz & Paulding
836 Farmington Avenue, Ste. 109
West Hartford, CT 06119
Tel: 860/231-7766
Fax: 860/231-7359