**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-----------------------------------X
ROBERT J. MILNE,                   :
                                   :
        Plaintiff,                 :         ORDER
                                   :
    -against-                      :
                                   :      3:02 CV 660 (GLG)
CATUOGNO COURT REPORTING           :
SERVICES, INC., et al.,            :
                                   :
        Defendants.                :
-----------------------------------X
```

    Plaintiff's motion for enlargement of time to May 21, 2004 to complete discovery [Doc. #30] is **granted**.

    **SO ORDERED.**

**Dated:**    **May 5, 2004**
           **Waterbury, CT**                       /s/
                                                      **Gerard L. Goettel**
                                                           **U.S.D.J.**