UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
                              )
ROBERT J. MILNE,              ) CIVIL ACTION NO: 302CV660 CFD
                   Plaintiff, )
                              )
vs.                           )
                              )
CATUOGNO COURT REPORTING      )
SERVICES, INC., STEN-TEL, INC., ) MOTION FOR ENLARGEMENT
AND RAYMOND F. CATUOGNO,      ) OF TIME
                  Defendants. )
_____)

    Pursuant to D. Conn. L. Civ. R. 9(b) and Fed. R. Civ. P. 6(b), the plaintiff in this action moves for an enlargement of time until August 27, 2004, to allow the parties to confer and file a joint status report in this matter. Counsel for the defendant will be away on vacation until August 19, 2004, and additional time is needed to complete and file said report.

    This is the second request for enlargement of time relative to the filing of the joint status report. There is no objection from opposing counsel to the filing of this motion.

This matter is not currently scheduled for trial.

                THE PLAINTIFF,

Dated: 7/30/04        By: _____
                                    Patrick Tomasiewicz  ct01320
                                      Fazzano, Tomasiewicz and Paulding
                                      836 Farmington Ave. Suite 109
                                      West Hartford CT 06119
                                      Tel: 860-231-7766
                                      Fax: 860-231-7359

## **CERTIFICATION OF SERVICE**

      The undersigned counsel of record for the plaintiff hereby certifies that service of the foregoing document by U.S. mail, postage prepaid, has been made on July 30, 2004, to:

L. Jeffrey Meehan, Esq.
Doherty, Wallace, Pillsbury and Murphy, P.C.
One Monarch Place
1414 Main Street
Springfield, MA  01144

Linda Clifford Hadley, Esq.
Krasow, Garlick & Hadley, LLC
One State Street
Hartford, CT  06103

Kenneth M. Rozich, Esq.
Law Firm of Edward D. Jacobs
PO Box 1952
New Haven, CT  06509

                                                          _____
                                                          Patrick Tomasiewicz

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT J. MILNE,<br>　　　　　Plaintiff,<br><br>vs.<br><br>CATUOGNO COURT REPORTING<br>SERVICES, INC.,<br>　　　　　Defendants. | )<br>)  CIVIL ACTION NO: 302CV660 CFD<br>)<br>)<br>)<br>)<br>)<br>)<br>)  STATEMENT OF COUNSEL<br>) |

　　　　The undersigned counsel in this matter respectfully represent as follows:

　　　　1.　　Suit in this matter was filed on April 12, 2002.

　　　　2.　　Depositions of the plaintiff and defendant have been completed and the parties have exchanged Rule 26 documents.

　　　　3.　　Defense counsel will be away on vacation until August 19, 2004, and additional time is needed to confer and file a joint status report.

　　　　4.　　There is no trial date scheduled in this matter.

　　　　5.　　Discovery is nearly completed and this matter should be trial ready in the Fall of 2004.

　　　　　　　　　　　　　　　　　　　　BY_____
　　　　　　　　　　　　　　　　　　　　　　Patrick Tomasiewicz ct01320
　　　　　　　　　　　　　　　　　　　　　　Fazzano, Tomasiewicz & Paulding