FILED

2004 JUL 26  P 2: 34

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **ROBERT J. MILNE,** <br> **Plaintiff,** <br><br> **vs.** <br><br> **CATUOGNO COURT REPORTING** <br> **SERVICES, INC., STEN-TEL, INC.,** <br> **AND RAYMOND F. CATUOGNO,** <br> **Defendants.** | ) **CIVIL ACTION NO: 302CV660 CFD** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) **MOTION FOR ENLARGEMENT** <br> ) **OF TIME** <br> ) <br> ) |

Pursuant to D. Conn. L. Civ. R. 9(b) and Fed. R. Civ. P. 6(b), the plaintiff in this

action moves for an enlargement of time of fourteen days to allow the parties to confer

and file a joint status report in this matter.  Counsel for the plaintiff has been on trial

and additional time is needed to complete and file said report.

This is the first request for enlargement of time relative to the filing of the joint

status report. There is no objection from opposing counsel to the filing of this motion.