# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT J. MILNE,  Plaintiff | : : : |
| v. | : Civil Action No. 3:02CV660(CFD) : |
| CATUOGNO COURT REPORTING SERVICES, INC., STEN-TEL, INC., and RAYMOND F. CATUOGNO,  Defendants. | : : : : |

## REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

____  All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

____  A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

_X_  To supervise discovery and resolve discovery disputes (orefmisc./dscv)

____  A recommended ruling on the following motions which are currently pending: (orefm.)

____  A ruling on the following motion which is currently pending: (orefm.)

_X_  A settlement conference (orefmisc./cnf)

____  A conference to discuss and approve the following: (orefmisc./cnf)

____  Other: (orefmisc./misc) _____

SO ORDERED this __11th__ day of October 2004, at Hartford, Connecticut.

/s/ CFD
Christopher F. Droney
United States District Judge