UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CIVIL ACTION NO: 302CV660 CFD

_____
                                    )
**ROBERT J. MILNE,**                )
                   **Plaintiff,**      )
                                    )
**vs.**                             )
                                    )
**CATUOGNO COURT REPORTING**        )
**SERVICES, INC., STEN-TEL, INC.,** )
**AND RAYMOND F. CATUOGNO,**        )
                   **Defendants.**     )
_____ )

**REQUEST FOR LEAVE TO FILE**
**AMENDED COMPLAINT**

     Pursuant to F.R.C.P. Rule 15, the plaintiff in the above matter respectfully moves this Court for leave to file his Amended Complaint as per the attached.  Defendants have no objection to the filing of the plaintiff's Amended Complaint.

                                                              THE PLAINTIFF,

Dated: 10/15/04                                            By: _____
                                                                 Patrick Tomasiewicz  ct01320
                                                                 Fazzano, Tomasiewicz and Paulding
                                                                 836 Farmington Ave. Suite 109
                                                                 West Hartford CT 06119
                                                                 Tel: 860-231-7766
                                                                 Fax: 860-231-7359

**CERTIFICATION OF SERVICE**

  The undersigned counsel of record for the plaintiff hereby certifies that service of the foregoing document by U.S. mail, postage prepaid, has been made on the 15th day of October, 2004, to:

L. Jeffrey Meehan, Esq.
Doherty, Wallace, Pillsbury and Murphy, P.C.
One Monarch Place
1414 Main Street
Springfield, MA  01144

Linda Clifford Hadley, Esq.
Krasow, Garlick & Hadley, LLC
One State Street
Hartford, CT  06103

Kenneth M. Rozich, Esq.
Law Firm of Edward D. Jacobs
PO Box 1952
New Haven, CT  06509

                    _____
                    Patrick Tomasiewicz