UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CIVIL ACTION NO: 302CV660 CFD

| | |
|---|---|
| ROBERT J. MILNE,<br>              Plaintiff,<br><br>vs.<br><br>CATUOGNO COURT REPORTING<br>SERVICES, INC., STEN-TEL, INC.,<br>AND RAYMOND F. CATUOGNO,<br>              Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### REQUEST FOR LEAVE TO FILE AMENDED COMPLAINT

Pursuant to F.R.C.P. Rule 15, the plaintiff in the above matter respectfully moves this Court for leave to file his Amended Complaint as per the attached. Defendants have no objection to the filing of the plaintiff's Amended Complaint.

THE PLAINTIFF,

Dated: 10/15/04

By: _____
Patrick Tomasiewicz  ct01320
Fazzano, Tomasiewicz and Paulding
836 Farmington Ave. Suite 109
West Hartford CT 06119
Tel: 860-231-7766
Fax: 860-231-7359

GRANTED, absent objection
is so ordered.
Christopher F. Droney, U.S.D.J.
Hartford, CT 11/9/04

FILED
2004 NOV 12 A 8: 20
U.S. DISTRICT COURT
HARTFORD, CT

1
LAW OFFICES OF
**FAZZANO, TOMASIEWICZ & PAULDING**
836 FARMINGTON AVE. • SUITE 109 • WEST HARTFORD, CT 06119 • (860) 231-7766 • FAX (860) 231-7359 • JURIS NO. 414049