UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| ROBERT J. MILNE, | ) CIVIL ACTION NO: 302CV660 CFD |
| Plaintiff, | ) |
|  | ) |
| vs. | ) |
|  | ) |
| CATUOGNO COURT REPORTING | ) |
| SERVICES, INC., STEN-TEL, INC., | ) |
| AND RAYMOND F. CATUOGNO, | ) MARCH 4, 2005 |
| Defendants. | ) |

**STATEMENT IN LIEU OF OPENING STATEMENT**

The plaintiff in this case, Robert Milne, claims that he was an accountant for Catuogno Court Reporting Services, Inc., Raymond Catuogno, and other members of his family for many years. During this time frame, it is his contention that he performed a number of accounting services for the corporation and members of Mr. Catuogno's family, and Mr. Catuogno, personally. Over the years, a friendship and a close business relationship developed between the plaintiff and Mr. Catuogno.

In this lawsuit, Mr. claims that he is owed the sum of $30,012.00 for accounting services that he provided to the defendant, Catuogno Court Reporting Services, Inc., at

the request of its president, Raymond Catuogno. Mr. Milne contends that these services were provided and billed for during calendar year 2001. Further, Mr. Milne asserts that he and Mr. Catuogno entered into a verbal agreement for the payment of a $40,000 end of service fee. Mr. Milne seeks damages for his bill and end of service fee in the total amount of $70,012 plus interest. In addition, Mr. Milne has brought a claim for fraud and negligent infliction of emotional distress against Catuogno Court Reporting Services, Inc. He seeks monetary damages as well for these claims that you will hear about during this trial.

      The defendant in this suit will contend that Mr. Milne closed his office in Springfield, Massachusetts and began to render accounting services at the premises of his clients. He advised that his clients' costs would be less and he would be more knowledgeable about their businesses and better able to serve their needs. Catuogno Court Reporting Services will offer evidence that commencing in the year 2000, Mr. Milne's hours spent for accounting services and fees became excessive. Raymond Catuogno, the principal of Catuogno Court Reporting Services, had a friendship with Mr. Milne as well as a professional relationship. Notwithstanding the same, he admonished Mr. Milne on more than one occasion that he was charging excessive fees for the work performed for Catuogno Court Reporting Services. He specifically

advised Mr. Milne on more than one occasion in 2001 that he should limit the hours devoted to Catuogno Court Reporting Services to 20 hours per month. Mr. Milne did not comply with that directive and began performing tasks in Mr. Catuogno's absence which were duplicative of the work performed by Catuogno employees and which was never requested to be performed by Mr. Milne. Records were kept of the time actually spent by Mr. Milne at the offices of Catuogno Court Reporting Services which show that he overcharged with respect to the number of hours actually devoted to the work of Catuogno Court Reporting Services.

In 2000 and again in 2001, Catuogno Court Reporting Services and its affiliated company, Sten-Tel, were on the market to be sold. Closing dates for the sale of the business were established. When Raymond Catuogno approached Mr. Milne to request financial documents sought by the prospective buyers close to the closing date, Mr. Milne refused to produce those documents unless he was paid a bonus fee. Mr. Catuogno declined to pay the bonus fee and ultimately on November 17, 2001 terminated Mr. Milne's services as an accountant.

There will be expert testimony to show that the hours and fees billed by Mr. Milne to Catuogno Court Reporting Services during the calendar years 2000 and 2001

were approximately twice the amount of hours and fees necessary to provide competent accounting services to Catuogno Court Reporting Services.

          THE PLAINTIFF,

By: _____
       Patrick Tomasiewicz  ct01320
       Fazzano, Tomasiewicz, Paulding & Barall
       836 Farmington Ave. Suite 109
       West Hartford CT 06119
       Tel: 860-231-7766
       Fax: 860-231-7359

          THE DEFENDANT,

By:_____
       L. Jeffrey Meehan, Esq.
       Doherty, Wallace, Pillsbury and Murphy
       One Monarch Place
       Springfield, MA  01144
       Tel: 413-733-3111
       Fax: 413-734-3910
       B.B.O. Number 341440