UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
                                                         )
ROBERT J. MILNE,                      ) CIVIL ACTION NO: 302CV660 CFD
                  Plaintiff,       )
                                                         )
vs.                                                 )
                                                         )
CATUOGNO COURT REPORTING  )
SERVICES, INC., STEN-TEL, INC.,   )
AND RAYMOND F. CATUOGNO,  ) MARCH 4, 2005
                  Defendants.   )
_____ )

## MOTION IN LIMINE TO PRECLUDE TESTIMONY OF EXPERT

Pursuant to Fed. R. Civ. P. 16(f), the plaintiff in the above matter respectfully moves this Court for an order precluding the testimony of Kevin E. Hines, C.P.A., expert witness for the defense, or in the alternative, the plaintiff seeks additional time to retain an expert and depose the defendant's expert.

The plaintiff contends that defendant's expert witness was disclosed to the plaintiff outside of the time limitations imposed by the Rule 26(f) scheduling order and its endorsement by the court.

**ORAL ARGUMENT IS REQUESTED**
**TESTIMONY NOT REQUIRED**

The plaintiff further claims reasonable expenses and attorney's fees necessary to bring this motion.

A Memorandum of Law in support of the plaintiff's motion and Statement of Counsel are attached hereto.

THE PLAINTIFF,

By: _____
    Patrick Tomasiewicz  ct01320
    Fazzano, Tomasiewicz, Paulding & Barall
    836 Farmington Ave. Suite 109
    West Hartford CT 06119
    Tel: 860-231-7766
    Fax: 860-231-7359

## CERTIFICATION OF SERVICE

The undersigned counsel of record for the plaintiff hereby certifies that service of the foregoing document by U.S. mail, postage prepaid, has been made on March 4, 2005, to:

L. Jeffrey Meehan, Esq.
Doherty, Wallace, Pillsbury and Murphy, P.C.
One Monarch Place
1414 Main Street
Springfield, MA  01144

Linda Clifford Hadley, Esq.
Krasow, Garlick & Hadley, LLC
One State Street
Hartford, CT  06103

Kenneth M. Rozich, Esq.
Law Firm of Edward D. Jacobs
PO Box 1952
New Haven, CT  06509

                                                                                                       _____
                                                                                                       Patrick Tomasiewicz