UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
                                    )
**ROBERT J. MILNE,**                ) CIVIL ACTION NO: 302CV660 CFD
         **Plaintiff,**  )
                                    )
**vs.**                             )
                                    )
**CATUOGNO COURT REPORTING**        )
**SERVICES, INC.,**                 )
         **Defendant.**  ) STATEMENT OF COUNSEL
_____ )

    The undersigned counsel in this matter respectfully represent as follows:

    1.    Suit in this matter was filed on April 12, 2002.

    2.    Fed. R. Civ. P. 26(f) Report of Parties' Planning Meeting was filed with the court on January 28, 2003, and endorsed by the court on February 6, 2003.

    3.    The plaintiff subsequently filed three requests for enlargement of time relative to discovery seeking additional time needed to take depositions and secure documentation pertinent to this claim.

    4.    The final request for enlargement was granted by the court on May 5, 2004, allowing the plaintiff until May 21, 2004, to secure additional information from

the defendant subsequent to a review of documents provided at his deposition, and to take the deposition of the defendant's office manager, Christine Cyboron.

5. On May 19, 2004, the defendant disclosed Kevin E. Hines, C.P.A., as an expert witness in favor of the defense.

6. The plaintiff contends that the disclosure of Mr. Hines is untimely and outside of the Rule 26(f) scheduling order and, therefore, should be precluded or, in the alternative, the plaintiff should be allowed additional time to disclose an expert and depose the defendant's expert witness.

7. Plaintiff's counsel has conferred with opposing counsel in a good faith effort to resolve by agreement the issue of the untimely disclosure of an expert witness, but said issue remains a contention between the parties and requires the intervention of the Court.

THE PLAINTIFF,

Dated: March 4, 2005                BY_____
                                    Patrick Tomasiewicz ct01320
                                    Fazzano, Tomasiewicz, Paulding & Barall
                                    836 Farmington Avenue, Ste. 109
                                    West Hartford, CT 06119
                                    Tel: 860/231-7766
                                    Fax: 860/231-7359