UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
                                       )
ROBERT J. MILNE,                       ) CIVIL ACTION NO: 302CV660 CFD
                   Plaintiff,          )
                                       )
vs.                                    )
                                       )
CATUOGNO COURT REPORTING               )
SERVICES, INC., STEN-TEL, INC.,        )
AND RAYMOND F. CATUOGNO,               ) MARCH 4, 2005
                   Defendants.         )
_____ )

**MOTION FOR ORDER TO COMPEL DEPOSITION**

      Pursuant to Fed. R. Civ. P. 37(a)(2), the plaintiff in the above matter respectfully moves this Court for an order compelling the deposition of defendant's office manager, Christine Cyboron. In support of this motion, the plaintiff represents as follows:

      1.    In accordance with Fed. R. Civ. P. 26(f), the parties filed their Report of Parties Planning Meeting on January 28, 2003, which report was endorsed by the Court on February 6, 2003.

      2.    On January 27, 2004, the plaintiff requested an enlargement of time until March 31, 2004, to complete discovery; namely, to take the deposition of the defendant,

**ORAL ARGUMENT IS REQUESTED**
**TESTIMONY NOT REQUIRED**

his son and office manager. Additionally, plaintiff claimed that he had not yet received defendant's disclosure and had agreed to allow the defendant until March 1, 2004, to provide same. The plaintiff's request for an enlargement of time was granted by the Court on January 29, 2004.

3. On March 26, 2004, the plaintiff requested additional time to complete discovery until April 30, 2004, citing the need to take the defendant's deposition and the necessity of receiving defendant's disclosure pursuant to Fed. R. Civ. P. 26, which had not yet been provided, prior to the taking of said deposition. The plaintiff's request for an enlargement of time was granted by the Court on March 31, 2004.

4. On April 29, 2004, the plaintiff requested a final enlargement of time until May 21, 2004, to complete discovery, citing the need for additional information from the defendant subsequent to the review of documents provided at his deposition, and citing the need to take the deposition of the defendant's office manager, Christine Cyboron. The plaintiff's request was granted by the Court on May 5, 2004.

5. Prior to the expiration of the time allowed to complete discovery on May 21, 2004, plaintiff's counsel requested defendant's counsel to provide him with dates for the taking of the deposition of Christine Cyboron and defendant's counsel agreed to do so.

6. The defendant failed to provide dates for the deposition of Christine Cyboron prior to the expiration of the time allowed to complete discovery.

7. The plaintiff had not noticed said deposition in reliance upon the defendant's agreement that dates would be provided and given the fact that the discovery time frame had expired.

THE PLAINTIFF,

By: _____
   Patrick Tomasiewicz  ct01320
   Fazzano, Tomasiewicz, Paulding & Barall
   836 Farmington Ave. Suite 109
   West Hartford CT 06119
   Tel: 860-231-7766
   Fax: 860-231-7359

**CERTIFICATION OF SERVICE**

      The undersigned counsel of record for the plaintiff hereby certifies that service of the foregoing document by U.S. mail, postage prepaid, has been made on March 4, 2005, to:

L. Jeffrey Meehan, Esq.
Doherty, Wallace, Pillsbury and Murphy, P.C.
One Monarch Place
1414 Main Street
Springfield, MA  01144

Linda Clifford Hadley, Esq.
Krasow, Garlick & Hadley, LLC
One State Street
Hartford, CT  06103

Kenneth M. Rozich, Esq.
Law Firm of Edward D. Jacobs
PO Box 1952
New Haven, CT  06509

                                                           _____
                                                           Patrick Tomasiewicz