UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT J. MILNE,<br>　　　　　Plaintiff,<br><br>vs.<br><br>CATUOGNO COURT REPORTING<br>SERVICES, INC.,<br>　　　　　Defendant. | ) <br>) CIVIL ACTION NO: 302CV660 CFD<br>)<br>)<br>)<br>)<br>)<br>)<br>) STATEMENT OF COUNSEL<br>) |

　　　　The undersigned counsel in this matter respectfully represent as follows:

　　　　1.　　Suit in this matter was filed on April 12, 2002.

　　　　2.　　Fed. R. Civ. P. 26(f) Report of Parties' Planning Meeting was filed with the court on January 28, 2003, and endorsed by the court on February 6, 2003.

　　　　3.　　The plaintiff subsequently filed three requests for enlargement of time relative to discovery seeking additional time needed to take depositions and secure documentation pertinent to this claim.

　　　　4.　　The final request for enlargement was granted by the court on May 5, 2004, allowing the plaintiff until May 21, 2004, to secure additional information from the defendant subsequent to a review of documents provided at his deposition, and to take the deposition of the defendant's office manager, Christine Cyboron.

5. Prior to the expiration of the time allowed to complete discovery on May 21, 2004, plaintiff's counsel requested defendant's counsel to provide him with dates for the taking of the deposition of Christine Cyboron and defendant's counsel agreed to do so.

6. The defendant failed to provide dates for the deposition of Christine Cyboron prior to the expiration of the time allowed to complete discovery, and now refuses to do so as said deposition would be outside of the scheduling order extension.

7. The plaintiff had not noticed said deposition in reliance upon the defendant's agreement that dates would be provided and given the fact that the discovery time frame had expired.

5. Plaintiff's counsel has conferred with opposing counsel in a good faith effort to resolve by agreement the issue of the untimely disclosure of an expert witness, but said issue remains a contention between the parties and requires the intervention of the Court.

THE PLAINTIFF,

Dated: March 4, 2005          BY_____
                              Patrick Tomasiewicz ct01320
                              Fazzano, Tomasiewicz, Paulding & Barall
                              836 Farmington Avenue, Ste. 109
                              West Hartford, CT 06119
                              Tel: 860/231-7766
                              Fax: 860/231-7359