UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CIVIL ACTION
NUMBER 302CV660CFD

| | |
|---|---|
| ROBERT MILNE,<br>  Plaintiff<br><br>vs.<br><br>CATUOGNO COURT<br>REPORTING SERVICES, INC.,<br>  Defendant | )<br>)<br>)   MOTION OF DEFENDANTS<br>)   STEN-TEL, INC. AND<br>)   RAYMOND F. CATUOGNO<br>)   TO DISMISS PLAINTIFF'S<br>)   AMENDED COMPLAINT<br>)<br>)<br>) |

The defendants Sten-Tel, Inc. and Raymond F. Catuogno move again pursuant to Fed. R. Civ. P. 12(b)(2) and Fed. R. Civ. P. 12(b)(6) to dismiss the plaintiff's amended complaint. These defendants assert that this court has already ruled on the issue of personal jurisdiction in response to their motion to dismiss the plaintiff's original complaint. By memorandum of decision dated November 19, 2002, Judge Gerard L. Goettel allowed the motion of these defendants to dismiss the plaintiff's original complaint for lack of personal jurisdiction. Judge Goettel's decision that the plaintiff lacked sufficient basis to assert jurisdiction as to these two defendants has become the law of the case, and the plaintiff is now precluded from asserting claims against them. These defendants incorporate herein by reference the arguments as more fully set forth in the supporting memorandum of law filed herewith.

260162-1

        THE DEFENDANT
        CATUOGNO COURT REPORTING
         SERVICES, INC.


        By_____
          L. Jeffrey Meehan, Esquire
        Doherty, Wallace, Pillsbury
          and Murphy, P.C.
        One Monarch Place
        1414 Main Street
        Springfield, MA 01144
        (413) 733-3111
        (413) 734-3910 (fax)
        B.B.O. Number 070540


## **CERTIFICATE OF SERVICE**

    I, L. Jeffrey Meehan, Esquire, counsel of record, hereby certify that I made service of the foregoing document by mailing a copy of same, postage prepaid, to Patrick Tomasiewicz, Esquire, Fazzano, Tamasiwicz & Paulding, 836 Farmington Avenue, Suite 109, West Hartford, Connecticut 06119 and to Linda Clifford Hadley, Esquire, Krasow, Garlick & Hadley, LLC, One State Street, Hartford, Connecticut 06103 on March 22, 2005.


        _____
        L. Jeffrey Meehan, Esquire
        Doherty, Wallace, Pillsbury
          and Murphy, P.C.
        One Monarch Place
        1414 Main Street
        Springfield, MA 01144
        (413) 733-3111
        (413) 734-3910 (fax)
        Federal Bar Number CT23725

260162-1