UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CIVIL ACTION
NUMBER 302CV660CFD

| | |
|---|---|
| ROBERT MILNE, ) | |
|   Plaintiff ) | STATEMENT OF COUNSEL |
| ) | |
| vs. ) | |
| ) | |
| CATUOGNO COURT ) | |
| REPORTING SERVICES, INC. ) | |
|   Defendant ) | |

The undersigned counsel respectfully represents as follows:

1. This action was filed on April 12, 2002 and service made upon the then three named defendants on April 23, 2002.

2. On July 18, 2002 Judge Goettel allowed two of the defendants' motions to dismiss the plaintiff's complaint on the basis that there was an absence of personal jurisdiction.

3. The plaintiff filed three requests for enlargement of discovery deadlines, each of which was allowed by Judge Goettel with the endorsement "plaintiffs' motion for enlargement of time……to complete discovery….is granted". The final extension expired on May 21, 2004. In advance of that date, the defendant provided on April 16, 2004 its pre-trial disclosure

261770-1

       pursuant to F.R.C.P. 26 identifying potential witnesses and designating physical evidence which the defendant intended to offer at trial. On May 19, 2004 plaintiff's counsel was provided with a complete copy of report of the defendant's expert and other related materials pursuant to F.R.C.P. 26. The third enlargement of the time for completion of discovery expired on May 21, 2004.

4. No effort has been made by the defendant to take discovery, either by enlargement or special motion, of the defendant's expert witness since disclosure of his identity on May 15, 2004.

5. Plaintiff's counsel advised defendant's counsel of his intention to file a motion in limine to preclude the testimony of the defendant's expert witness in the context of continuing settlement negotiations.

 

_____
L. Jeffrey Meehan, Esquire
Doherty, Wallace, Pillsbury
  and Murphy, P.C.
One Monarch Place
1414 Main Street
Springfield, MA 01144
(413) 733-3111
(413) 734-3910 (fax)
Federal Bar Number CT23725

261770-1

**CERTIFICATE OF SERVICE**

      I, L. Jeffrey Meehan, Esquire, counsel of record, hereby certify that I made service of the foregoing document by mailing a copy of same, postage prepaid, to Patrick Tomasiewicz, Esquire, Fazzano, Tamasiwicz & Paulding, 836 Farmington Avenue, Suite 109, West Hartford, Connecticut 06119 and to Linda Clifford Hadley, Esquire, Krasow, Garlick & Hadley, LLC, One State Street, Hartford, Connecticut 06103 on March 22, 2005.

                                                      _____
                                                      L. Jeffrey Meehan, Esquire
                                                      Doherty, Wallace, Pillsbury
                                                       and Murphy, P.C.
                                                      One Monarch Place
                                                      1414 Main Street
                                                      Springfield, MA 01144
                                                      (413) 733-3111
                                                      (413) 734-3910 (fax)
                                                      Federal Bar Number CT23725

261770-1