UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT J. MILNE,<br>  Plaintiff<br><br>vs.<br><br>CATUOGNO COURT REPORTING<br>SERVICES, INC.<br>  Defendant | CIVIL ACTION NO: 302CV660 CFD<br><br><br><br>MARCH 22, 2005 |

## OPPOSITION OF DEFENDANT TO PLAINTIFF'S
## MOTION TO COMPEL DEPOSITION

The defendant opposes the plaintiff's motion principally because the assertion that defendant's counsel agreed to a deposition of the defendant's bookkeeper, Christine Cyboron, is incorrect. The assertion that defendant's counsel agreed to the deposition of Ms. Cyboron in the spring of 2004 is clearly rebutted by a letter from defendant's counsel to plaintiff's counsel dated April 29, 2004, in which defense counsel specifically advises plaintiff's counsel that the defendant will not agree to a deposition of Ms. Cyboron. A copy of said letter is attached hereto as Exhibit A. Ms. Cyboron's identity and affiliation with Catuogno Court Reporting Services, Inc., ("CCRS") is well known to the plaintiff Robert Milne. He literally worked side by side with Ms. Cyboron at the offices of CCRS in Springfield, Massachusetts for a number of years prior to the termination of his relationship with CCRS on November 17, 2001. Indeed, the defendant's intention to call Ms. Cyboron as a witness in this case was made abundantly clear by service on April 16, 2004 of the defendant's pretrial disclosure pursuant to FRCP 26. The disclosure was made more than thirty days

261763-1

before the expiration of the third and final extension for completion of discovery. Yet during the initial period for discovery and the three extensions thereof, plaintiff's counsel never noticed the taking of the deposition of Ms. Cyboron. Perhaps more pertinently, since disclosure of the defendant's intent to call Ms. Cyboron as a witness, and during the approximate ten months since the expiration of the last enlargement for completion of discovery, plaintiff's counsel has made no effort to obtain an additional extension of discovery, or by special motion, attempted to obtain leave to take Ms. Cyboron's deposition.  We approach the third anniversary of the pendency of this action and this is the first time that plaintiff's counsel has proactively made an effort to depose Ms. Cyboron.  Plaintiff's counsel was free to notice and take her deposition at any time during the discovery period or the three extensions thereof, and failed to do so.

WHEREFORE, the defendant requests that the plaintiff's motion for an order to compel the deposition of Ms. Cyboron at this very late juncture be denied.

THE DEFENDANT

By_____
L. Jeffrey Meehan, Esquire
Doherty, Wallace, Pillsbury
 and Murphy, P.C.
1414 Main Street, Suite 1900
Springfield, MA  01144-1900
(413) 733-3111
B.B.O. Number 341440

Dated:  March 22, 2005

261763-1

## **CERTIFICATE OF SERVICE**

    I, L. Jeffrey Meehan, Esquire, counsel of record, hereby certify that I made service of the foregoing document by mailing a copy of same, postage prepaid, to Patrick Tomasiewicz, Esquire, Fazzano, Tamasiewicz & Paulding, 836 Farmington Avenue, Suite 109, West Hartford, Connecticut 06119, Linda Clifford Hadley, Esquire, Krasow, Garlick & Hadley, LLC, One State Street, Hartford, Connecticut 06103 on March 22, 2005.

 

_____
L. Jeffrey Meehan, Esquire
Doherty, Wallace, Pillsbury
 and Murphy, P.C.
One Monarch Place
1414 Main Street
Springfield, MA 01144
(413) 733-3111
(413) 734-3910 (fax)
Federal Bar Number CT23725

261763-1