UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT J. MILNE,<br>  Plaintiff<br><br>vs.<br><br>CATUOGNO COURT REPORTING<br>SERVICES, INC.<br>  Defendant | CIVIL ACTION NO: 302CV660 CFD<br><br><br><br>MARCH 22, 2005 |

## STATEMENT OF COUNSEL

The undersigned counsel in this matter respectfully represents as follows:

1. The action was filed on April 12, 2002.

2. In July of 2002, Judge Goettel allowed a motion to dismiss with respect to two of the defendants for lack of personal jurisdiction.

3. The initial deadline for depositions of lay witnesses was approved by Judge Goettel to expire on January 31, 2004. During that time frame, no effort was made by plaintiff's counsel to depose Christine Cyboron.

4. Three motions by the plaintiff to extend the discovery deadline were allowed, the last of which expired on May 21, 2004. During that period, plaintiff's counsel did not notice the deposition of Ms. Cyboron, or make a discernable effort to proceed with the same.

5. Contrary to the assertion of plaintiff's counsel, defendant's counsel never agreed to produce Ms. Cyboron to her deposition as

261777-1

      evidenced by Exhibit A appended to the opposition of the defendant to the motion to depose Ms. Cyboron.

6.    During the approximate ten months since the expiration of the extended discovery period, no effort has been made by the plaintiff to depose Ms. Cyboron.

7.    The identity of Christine Cyboron as the bookkeeper for the defendant entity was well known to the plaintiff, Robert Milne, as he literally worked side by side with Ms. Cyboron at the defendant's place of business in Springfield, Massachusetts for a number of years before his relationship as the accountant for the defendant entity was terminated on November 17, 2002.

                                THE DEFENDANT

                                By_____
                                  L. Jeffrey Meehan, Esquire
                                  Doherty, Wallace, Pillsbury
                                   and Murphy, P.C.
                                  1414 Main Street, Suite 1900
                                Springfield, MA  01144-1900
                                (413) 733-3111
                                B.B.O. Number 341440

Dated:  March 22, 2005

261777-1

## CERTIFICATE OF SERVICE

      I, L. Jeffrey Meehan, Esquire, counsel of record, hereby certify that I made service of the foregoing document by mailing a copy of same, postage prepaid, to Patrick Tomasiewicz, Esquire, Fazzano, Tamasiewicz & Paulding, 836 Farmington Avenue, Suite 109, West Hartford, Connecticut 06119, Linda Clifford Hadley, Esquire, Krasow, Garlick & Hadley, LLC, One State Street, Hartford, Connecticut 06103 on March 22, 2005.

                                                                  _____
L. Jeffrey Meehan, Esquire
Doherty, Wallace, Pillsbury
 and Murphy, P.C.
One Monarch Place
1414 Main Street
Springfield, MA 01144
(413) 733-3111
(413) 734-3910 (fax)
Federal Bar Number CT23725

261777-1