UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CIVIL ACTION NO: 302CV660 CFD

_____
                                                      )
**ROBERT J. MILNE,**                      )
               **Plaintiff,**           )
                                                      )
**vs.**                                               )
                                                      )
**CATUOGNO COURT REPORTING**  )
**SERVICES, INC.**                         )
               **Defendants.**         )
_____)

**MOTION FOR PERMISSION TO FILE
AMENDED COMPLAINT**

      Pursuant to F.R.C.P. Rule 15, and Local Rule 9, the plaintiff in the above matter respectfully moves this Court for permission to file his Amended Complaint as per the attached.

                              THE PLAINTIFF,

Dated: 05/04/05                      By: _____
                                                  Patrick Tomasiewicz  ct01320
                                                  Fazzano, Tomasiewicz & Barall
                                                  836 Farmington Ave. Suite 109
                                                  West Hartford CT 06119
                                                  Tel: 860-231-7766
***ORAL ARGUMENT IS NOT REQUESTED***     Fax: 860-231-7359

## CERTIFICATION OF SERVICE

      The undersigned counsel of record for the plaintiff hereby certifies that service of the foregoing document by U.S. mail, postage prepaid, has been made on the 4th day of May, 2005, to:

L. Jeffrey Meehan, Esq.
Doherty, Wallace, Pillsbury and Murphy, P.C.
One Monarch Place
1414 Main Street
Springfield, MA  01144

Linda Clifford Hadley, Esq.
Krasow, Garlick & Hadley, LLC
One State Street
Hartford, CT  06103

Kenneth M. Rozich, Esq.
Law Firm of Edward D. Jacobs
PO Box 1952
New Haven, CT  06509

                                                      _____

                                                      Patrick Tomasiewicz