UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CIVIL ACTION NO: 302CV660 CFD

_____
                                    )
**ROBERT J. MILNE,**                )
                **Plaintiff,**  )
                                    )
**vs.**                             )
                                    )
**CATUOGNO COURT REPORTING**        )
**SERVICES, INC.**                  )
                **Defendants.** )
_____ )

**MEMORANDUM OF LAW IN SUPPORT OF
MOTION FOR PERMISSION TO FILE
AMENDED COMPLAINT**

**Facts**

      The plaintiff, Robert Milne, brought his original action against the defendant, Catuogno Court Reporting Services ("CCRSI"), and defendants, Raymond F. Catuogno, and Sten-Tel, Inc., before this Court on April 12, 2002.  On May 20, 2002, the defendants collectively filed a motion to dismiss for lack of personal jurisdiction. Following oral argument, this Court (Goettel, J.) on November 19, 2002, in a Memorandum of Decision, decided that there was insufficient basis for assertion of jurisdiction over Sten-Tel, Inc., and Raymond F. Catuogno, but retained jurisdiction over CCRSI.

On November 12, 2004, the plaintiff filed an Amended Complaint which, inadvertently, renamed all defendants.

On March 23, 2005, the defendant filed a Motion to Dismiss Amended Complaint alleging that the plaintiff's Amended Complaint of November 12, 2004, improperly named all defendants contrary to the decision of this Court on November 19, 2002.

**Argument**

The plaintiff seeks to amend his Complaint, as attached hereto, pursuant to F.R.C.P. Rule 15 and Local Rule 9, to remove defendants, Sten-Tel, Inc., and Raymond F. Catuogno, as parties to the action in accordance with the Court's Memorandum of Decision of November 19, 2002.  The interests of justice would not be served by dismissing the plaintiff's entire Complaint when the defect of law can readily be remedied by allowing the filing of Plaintiff's Amended Complaint.  Plaintiff's Amended Complaint, as attached hereto, brings no new claim against the remaining defendant, CCRSI, and states no new facts distinguishable from the plaintiff's prior Amended Complaint that would prejudice the remaining defendant, CCRSI, in his defense of this action.  For these reasons, plaintiff's Motion for Permission to File an Amended Complaint, as attached hereto, should be allowed.

                                                      THE PLAINTIFF,

Dated: 05/04/05                        By: _____
                                                        Patrick Tomasiewicz ct01320
                                                        Fazzano, Tomasiewicz & Barall
                                                        836 Farmington Ave. Suite 109
                                                       West Hartford CT 06119
                                                       Tel: 860-231-7766
                                                       Fax: 860-231-7359

## **CERTIFICATION OF SERVICE**

      The undersigned counsel of record for the plaintiff hereby certifies that service of the foregoing document by U.S. mail, postage prepaid, has been made on the 4th day of May, 2005, to:

L. Jeffrey Meehan, Esq.
Doherty, Wallace, Pillsbury and Murphy, P.C.
One Monarch Place
1414 Main Street
Springfield, MA  01144

Linda Clifford Hadley, Esq.
Krasow, Garlick & Hadley, LLC
One State Street
Hartford, CT  06103

Kenneth M. Rozich, Esq.
Law Firm of Edward D. Jacobs
PO Box 1952
New Haven, CT  06509

                                                         _____
                                                        Patrick Tomasiewicz