FILED

2005 MAY -6  A 10: 40

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT J. MILNE,<br>                Plaintiff, | ) CIVIL ACTION NO: 302CV660 CFD<br>)<br>) |
| vs. | )<br>) |
| CATUOGNO COURT REPORTING<br>SERVICES, INC., STEN-TEL, INC.,<br>AND RAYMOND F. CATUOGNO,<br>                Defendants. | )<br>)<br>) MAY 4, 2005<br>)<br>) |

PLAINTIFF'S SUPPLEMENT TO
JOINT TRIAL MEMORANDUM

1.    **Plaintiff's Supplemental List of Witnesses**

        Jesse M. Lanier
        Springfield Food System, Inc.
        644 State Street
        Springfield, MA 01109

        William B. Hull, President
        Hull Forest Products, Inc.
        95 Hampton Road
        Pomfret Center, CT 06259

        Mr. Lanier and Mr. Hull are expected to testify that they have retained the accounting services of the Plaintiff and that they have entered into severance compensation agreements with the Plaintiff similar to the arrangement alleged in the

instant action. Mr. Lanier and Mr. Hull are expected to testify that they have agreed to pay to the Plaintiff an "end of service" or "look back" fee upon termination of his accounting services.

THE PLAINTIFF,

By: _____
Patrick Tomasiewicz  ct01320
Fazzano, Tomasiewicz & Barall
836 Farmington Ave. Suite 109
West Hartford CT 06119
Tel: 860-231-7766
Fax: 860-231-7359

## CERTIFICATION OF SERVICE

The undersigned counsel of record for the plaintiff hereby certifies that service of the foregoing document by U.S. mail, postage prepaid, has been made on May 4, 2005, to:

L. Jeffrey Meehan, Esq.
Doherty, Wallace, Pillsbury and Murphy, P.C.
One Monarch Place
1414 Main Street
Springfield, MA 01144

Linda Clifford Hadley, Esq.
Krasow, Garlick & Hadley, LLC
One State Street
Hartford, CT 06103

Kenneth M. Rozich, Esq.
Law Firm of Edward D. Jacobs
PO Box 1952
New Haven, CT 06509

_____
Patrick Tomasiewicz