UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CIVIL ACTION
NUMBER 302CV660CFD

2005 MAY 17 P 2: 15

| | |
|---|---|
| ROBERT MILNE,<br>Plaintiff<br><br>vs.<br><br>CATUOGNO COURT<br>REPORTING SERVICES, INC.<br>Defendant | MOTION OF CATUOGNO COURT<br>REPORTING SERVICES, INC.<br>TO STRIKE THE PLAINTIFF'S<br>SUPPLEMENTAL LIST OF<br>WITNESSES |

## BACKGROUND

This is an action by a certified public accountant against a business entity in Springfield, Massachusetts for alleged failure to pay a "bonus", "lookback fee", or "end of service fee", as well as an alleged infliction of emotional distress because of the termination of his services. He was discharged on November 16, 2001. This action was filed on April 12, 2002. The plaintiff's deposition was taken on January 13, 2004. The deposition of Raymond Catuogno, the principle of the defendant Catuogno Court Reporting Services, Inc. ("CCRS") was taken on April 16, 2004. On that same date, the defendant made written pre-trial disclosure pursuant to FRCP 26. On May 19, 2004 the defendant made written disclosure of its expert witness, Kevin Hines, CPA, including a report composed by Mr. Hines as well as his curriculum vitae and fee schedule. On May 21, 2004 the third enlargement of the discovery period obtained by plaintiff's counsel expired.

261770-1261770.4

On March 3, 2005 the plaintiff made disclosure pursuant to F.R.C.P. 26(a)(1). On March 5, 2005 the parties submitted pursuant to this court's order, a joint trial memorandum. At about that same time, the parties submitted their request for jury instructions and proposed special verdict questions.

Now, nearly a year after the expiration of the third enlargement of the discovery period, two months after the submission of the joint trial memorandum listing all witnesses both lay and expert, the plaintiff wishes to add to its witness list. This is the same party who complained regarding the defendant's designation of an expert witness within the discovery period and has filed a motion to preclude that witness from testifying at trial.

The late designation of additional witnesses by the plaintiff is a flagrant violation of the deadlines set by this Court for disclosure and discovery. The defendant moves for an order to preclude those witnesses from testifying and to strike the supplementary designation of them.

THE DEFENDANT
CATUOGNO COURT REPORTING
SERVICES, INC.

By_____
L. Jeffrey Meehan, Esquire
Doherty, Wallace, Pillsbury
and Murphy, P.C.
One Monarch Place
1414 Main Street
Springfield, MA 01144
(413) 733-3111
(413) 734-3910 (fax)
Federal Bar Number CT23725

261770-1261770.4

## CERTIFICATE OF SERVICE

    I, L. Jeffrey Meehan, Esquire, counsel of record, hereby certify that I made service of the foregoing document by mailing a copy of same, postage prepaid, to Patrick Tomasiewicz, Esquire, Fazzano, Tamasiewicz & Paulding, 836 Farmington Avenue, Suite 109, West Hartford, Connecticut 06119 and to Linda Clifford Hadley, Esquire, Krasow, Garlick & Hadley, LLC, One State Street, Hartford, Connecticut 06103 on May 16, 2005.

                          L. Jeffrey Meehan, Esquire
                          Doherty, Wallace, Pillsbury
                            and Murphy, P.C.
                          One Monarch Place
                          1414 Main Street
                          Springfield, MA 01144
                          (413) 733-3111
                          (413) 734-3910 (fax)
                          Federal Bar Number CT23725

261770-1261770.4