UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CIVIL ACTION
NUMBER 302CV660CFD

| | |
|---|---|
| ROBERT MILNE,<br>  Plaintiff | ) <br> ) <br> ) OPPOSITION OF CATUGONO <br> ) COURT REPORTING SERVICES |
| vs. | ) TO PLAINTIFF'S MOTION TO <br> ) FILE AN AMENDED COMPLAINT |
| CATUOGNO COURT<br>REPORTING SERVICES, INC.<br>  Defendant | ) <br> ) <br> ) |

The defendant opposes the plaintiff's motion to amend the complaint once again on the basis that the action has been pending for in excess of three years, the discovery deadline expired almost one year ago and the relationship from which this action rose was terminated three and one half years ago.

The following is a chronology of the salient events in this action:

| | |
|---|---|
| 11/17/01 | Catuogno Court Reporting Services ("CCRS") terminated the plaintiff, Robert Milne, ("Milne") as a certified public accountant. |
| 4/12/02 | Milne filed a fifty-three paragraph complaint in the Federal District Court for the District of Connecticut. |
| 7/18/02 | The defendants filed a motion to dismiss for lack of personal jurisdiction. |

261770-1261770.3

| | |
|---|---|
| 11/16/02 | Judge Gerard L. Goettel allowed the Motion to Dismiss for Lack of Personal Jurisdiction as to two of the defendants, Sten Tel, Inc. and Raymond F. Catuogno, Jr., leaving CCRS as the sole remaining defendant. |
| 12/06/02 | CCRS filed an answer and claim for jury trial. |
| 5/21/04 | Expiration of the third enlargement of discovery deadline. |
| 10/15/04 | The defendant, by motion, obtained leave to file the first amended complaint which again included as named defendants Sten-Tel, Inc. and Raymond F. Catuogno, Jr. |
| 3/05/05 | Parties filed a joint trial memorandum and requests for jury instructions per court order. |
| 3/22/05 | Defendants Sten-Tel, Inc. and Raymond F. Catuogno, Jr. filed a motion to dismiss those portions of the first amended complaint naming them as parties to the actions as they were previously dismissed from the case. (No action taken as yet). |
| 5/06/05 | The plaintiff moved a second time to file another amended complaint |

The plaintiff should not be permitted to modify and evolve his theories of recovery indefinitely when the underlying facts giving rise to the case remain the same. The matter should be marked for trial on the theories advanced against Catuogno Court Reporting Services in the first amended complaint.

261770-1261770.3

THE DEFENDANT
CATUOGNO COURT REPORTING
SERVICES, INC.

By /s/ L. Jeffrey Meehan
L. Jeffrey Meehan, Esquire
Doherty, Wallace, Pillsbury
and Murphy, P.C.
One Monarch Place
1414 Main Street
Springfield, MA 01144
(413) 733-3111
(413) 734-3910 (fax)
Federal Bar Number CT23725

## CERTIFICATE OF SERVICE

I, L. Jeffrey Meehan, Esquire, counsel of record, hereby certify that I made service of the foregoing document by mailing a copy of same, postage prepaid, to Patrick Tomasiewicz, Esquire, Fazzano, Tamasiewicz & Paulding, 836 Farmington Avenue, Suite 109, West Hartford, Connecticut 06119 and to Linda Clifford Hadley, Esquire, Krasow, Garlick & Hadley, LLC, One State Street, Hartford, Connecticut 06103 on May 16, 2005.

/s/ L. Jeffrey Meehan
L. Jeffrey Meehan, Esquire
Doherty, Wallace, Pillsbury
and Murphy, P.C.
One Monarch Place
1414 Main Street
Springfield, MA 01144
(413) 733-3111
(413) 734-3910 (fax)
Federal Bar Number CT23725

261770-1261770.3