UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT J. MILNE, | ) CIV. ACTION NO: 302CV660 CFD |
|       Plaintiff, | ) |
| vs. | ) |
| | ) |
| CATUOGNO COURT REPORTING | ) |
| SERVICES, INC., STEN-TEL, INC., | ) |
| AND RAYMOND F. CATUOGNO, | ) JUNE 6, 2005 |
|       Defendants. | ) |

### REPLY TO MOTION OF CATUOGNO COURT REPORTING SERVICES, INC., TO STRIKE THE PLAINTIFF'S SUPPLEMENTAL LIST OF WITNESSES

  The witnesses listed in Plaintiff's Supplement to Joint Trial Memorandum dated May 4, 2005, will serve as rebuttal witnesses relative to the issue of severance compensation agreements with the Plaintiff and the payment of an "end of service" or "look back" fees. These rebuttal witnesses, therefore, should be allowed to testify in this matter.

        THE PLAINTIFF,

      By: _____
        Patrick Tomasiewicz  ct01320
        Fazzano, Tomasiewicz & Barall
        836 Farmington Ave. Suite 109
        West Hartford CT 06119
        Tel: 860-231-7766
        Fax: 860-231-7359

## CERTIFICATION OF SERVICE

The undersigned counsel of record for the plaintiff hereby certifies that service of the foregoing document by U.S. mail, postage prepaid, has been made on June 6, 2005, to:

L. Jeffrey Meehan, Esq.
Doherty, Wallace, Pillsbury and Murphy, P.C.
One Monarch Place
1414 Main Street
Springfield, MA  01144

Linda Clifford Hadley, Esq.
Krasow, Garlick & Hadley, LLC
One State Street
Hartford, CT  06103

_____
Patrick Tomasiewicz