UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT J. MILNE, | ) CIV. ACTION NO: 302CV660 CFD |
| Plaintiff, | ) |
| vs. | ) |
| CATUOGNO COURT REPORTING SERVICES, INC., STEN-TEL, INC., AND RAYMOND F. CATUOGNO, | ) |
| | ) JUNE 6, 2005 |
| Defendants. | ) |

### REPLY TO OPPOSITION OF CATUOGNO COURT REPORTING SERVICES TO PLAINTIFF'S MOTION TO FILE AN AMENDED COMPLAINT

The plaintiff, in filing his Motion for Permission to File Amended Complaint dated May 4, 2005, seeks solely to cure any defect of law in the pleadings resulting from the inadvertent renaming of defendants Sten Tel, Inc., and Raymond F. Catuogno, Jr., in the plaintiff's Amended Complaint dated October 15, 2004. The Amended Complaint dated May 4, 2005, does not modify or evolve the plaintiff's theories of recovery. Plaintiff's Amended Complaint brings no new claim against the remaining defendant, Catuogno Court Reporting Services, Inc. ("CCRSI"), and states

no new facts distinguishable from the plaintiff's prior Amended Complaint that would prejudice the remaining defendant, CCRSI, in his defense of this action. For these reasons, plaintiff's Motion for Permission to File an Amended Complaint should be allowed.

        THE PLAINTIFF,

By: _____
    Patrick Tomasiewicz  ct01320
    Fazzano, Tomasiewicz & Barall
    836 Farmington Ave. Suite 109
    West Hartford CT 06119
    Tel: 860-231-7766
    Fax: 860-231-7359

## CERTIFICATION OF SERVICE

The undersigned counsel of record for the plaintiff hereby certifies that service of the foregoing document by U.S. mail, postage prepaid, has been made on June 6, 2005, to:

L. Jeffrey Meehan, Esq.
Doherty, Wallace, Pillsbury and Murphy, P.C.
One Monarch Place
1414 Main Street
Springfield, MA  01144

Linda Clifford Hadley, Esq.
Krasow, Garlick & Hadley, LLC
One State Street
Hartford, CT  06103

_____
Patrick Tomasiewicz