UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CIVIL ACTION
NUMBER 302CV660CFD

| | |
|---|---|
| ROBERT MILNE,<br>Plaintiff )<br>)<br>vs. )<br>)<br>CATUOGNO COURT )<br>REPORTING SERVICES, INC., ET AL. )<br>Defendant ) | MOTION OF DEFENDANT<br>CATUOGNO COURT<br>REPORTING SERVICES TO<br>CONTINUE HEARING |

The defendant Catuogno Court Reporting Services hereby moves for a continuance of the hearing for oral arguments on various motions scheduled for the court to occur on August 12, 2005 at 11 a.m. Notice of the hearing was received by counsel via electronic mail from the court on July 19, 2005. Defendant's counsel has longstanding plans to participate in an athletic event commencing on August 11, 2005 and concluding on August 14, 2005 To that end, a substantial financial commitment of $500 has been made and an invitation extended to and accepted by another participant.

Defendant's counsel would be pleased to report to the court for oral arguments on the various motions on August 22 or August 30, 2005. Defendant's counsel is scheduled to commence a trial in the Federal District Court of Massachusetts, Western Division before Judge Michael Ponsor on August 24 through August 26, 2005. The court's accommodation to this request would be most appreciated.

THE DEFENDANT
CATUOGNO COURT REPORTING
SERVICES, INC.

By _____
L. Jeffrey Meehan, Esquire
Doherty, Wallace, Pillsbury
and Murphy, P.C.
One Monarch Place
1414 Main Street
Springfield, MA 01144
(413) 733-3111
(413) 734-3910 (fax)
B.B.O. Number 070540

260164-1276402.1

## **CERTIFICATE OF SERVICE**

    I, L. Jeffrey Meehan, Esquire, counsel of record, hereby certify that I made service of the foregoing document by mailing a copy of same, postage prepaid, to Patrick Tomasiewicz, Esquire, Fazzano, Tamasiewicz & Paulding, 836 Farmington Avenue, Suite 109, West Hartford, Connecticut 06119 and to Linda Clifford Hadley, Esquire, Krasow, Garlick & Hadley, LLC, One State Street, Hartford, Connecticut 06103 on July 21, 2005.

                                L. Jeffrey Meehan, Esquire
                                Doherty, Wallace, Pillsbury
                                 and Murphy, P.C.
                                One Monarch Place
                                1414 Main Street
                                Springfield, MA 01144
                                (413) 733-3111
                                (413) 734-3910 (fax)
                                Federal Bar Number CT23725

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CIVIL ACTION
NUMBER 302CV660CFD

| | |
|---|---|
| ROBERT MILNE, )<br>  Plaintiff )<br>)<br>vs. )<br>)<br>CATUOGNO COURT )<br>REPORTING SERVICES, INC., ET AL. )<br>  Defendant )<br>) | AFFIDAVIT OF<br>L. JEFFREY MEEHAN |

I, L. Jeffrey Meehan, hereby depose and say that I am counsel for the defendant Catuogno Court Reporting Services. I received on July 19, 2005, by electronic mail, a notice for hearing as to various motions which have been filed by the parties to occur on August 12, 2005 at 11 a.m. in this Court. Months ago I made a commitment to participate in an athletic event commencing on August 11 and concluding August 14, 2005. I have invited a fellow participant who has accepted my invitation. I have also made a significant financial commitment to this event. I called the office of plaintiff's counsel on July 20 and again on July 21, 2005 to attempt to obtain an assent to the motion and to discuss alternative dates. No response have been forthcoming to my messages.

I am available to argue these motions in this court on August 22 or August 30, 2005. I am scheduled to try a matter entitled <u>Leavenworth vs. United States of America vs. Cynthia Thomas</u>, Docket Number 03-30251-MAP in the Federal District Court of

260164-1276402.1            **Page 1 of 2**

Massachusetts, Western Division before Judge Michael Ponsor from August 24 through August 26, 2001. The Court's indulgence with respect to this request would be most appreciated.

Signed under the pains and penalties of perjury this twenty-first day of July, 2005.

L. Jeffrey Meehan