UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT J. MILNE, | : | |
|     Plaintiff | : | |
| | : | |
| v. | : | Civil Action No. |
| | : | 3:02 CV 660 (CFD) |
| CATUOGNO COURT REPORTING | : | |
| SERVICES, INC. | : | |
|     Defendant | : | |

## RULING ON PENDING MOTIONS

The Court heard argument on August 22, 2005 on the pending motions in this action, and enters the following ruling:

Defendant's Motion to Dismiss the Amended Complaint [Doc. # 49] is DENIED AS MOOT, based on the representations of the parties at oral argument. Plaintiff's Motion for Permission to File Amended Complaint [Doc. # 56], which will then be plaintiff's second amended complaint, is GRANTED.

Plaintiff's Motion in Limine to Preclude Testimony of Expert [Doc. # 47] is DENIED. Plaintiff's Motion to Compel Deposition [Doc. # 48] is GRANTED and SO ORDERED. Defendant's Motion to Strike Supplemental Witnesses [Doc. # 59] is DENIED.

The parties shall have sixty (60) days from the date of this order in which to complete all additional discovery.

So ordered this ___22nd___ day of August 2005, at Hartford, Connecticut.

                                                  /s/ CFD
                                          **CHRISTOPHER F. DRONEY**
                                          **UNITED STATES DISTRICT JUDGE**