UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ROBERT J. MILNE

  v.                              Case Number: 3:02CV660(CFD)

CATUOGNO COURT REPORTING
SVC. INC., et al

NOTICE TO COUNSEL
--------------------

The above-entitled case was reported to the Court on <u>August 31, 2005</u> to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on **September 30, 2005** unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Hartford, Connecticut, September 1, 2005.


                KEVIN F. ROWE, CLERK

        By: _____
            Devorah Johnson
            Deputy Clerk