UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CIVIL ACTION
NUMBER 302CV660CFD

2005 SEP 22

|  |  |
|---|---|
| ROBERT MILNE,<br>  Plaintiff | ) )<br>) ) STIPULATION OF DISMISSAL<br>) |
| vs. | ) ) |
| CATUOGNO COURT<br>REPORTING SERVICES, INC.<br>  Defendant | ) ) ) |

The parties to the above-entitled action, pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(ii) hereby stipulate that the said action be dismissed with prejudice as to all counts.

THE PLAINTIFF
ROBERT MILNE

By _____
Patrick Tomasiewicz
Fazzano, Tomasiewicz and Paulding
836 Farmington Avenue
West Hartford, CT 06119
(860) 231-7766

THE DEFENDANT
CATUOGNO COURT REPORTING
SERVICES, INC.

By _____
L. Jeffrey Meehan, Esquire
Doherty, Wallace, Pillsbury
and Murphy, P.C.
1414 Main Street
Springfield, MA 01144
(413) 733-3111

Dated: 9/8/05

247010-1281210.1