UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CIVIL ACTION
NUMBER 302CV660CFD

*FILED*
2005 SEP 22

| | |
|---|---|
| ROBERT MILNE, ) | |
| Plaintiff ) | STIPULATION OF DISMISSAL |
| ) | |
| vs. ) | |
| ) | |
| CATUOGNO COURT ) | |
| REPORTING SERVICES, INC. ) | |
| Defendant ) | |

The parties to the above-entitled action, pursuant to the provisions of Fed. R. Civ. P. (a)(1)(ii) hereby stipulate that the said action be dismissed with prejudice as to all counts.

Approved and so ordered.
/s/ CFD
9/22/05

| THE PLAINTIFF | THE DEFENDANT |
|---|---|
| ROBERT MILNE | CATUOGNO COURT REPORTING SERVICES, INC. |
| By _____ | By _____ |
| Patrick Tomasiewicz | L. Jeffrey Meehan, Esquire |
| Fazzano, Tomasiewicz and Paulding | Doherty, Wallace, Pillsbury |
| 836 Farmington Avenue | and Murphy, P.C. |
| West Hartford, CT 06119 | 1414 Main Street |
| (860) 231-7766 | Springfield, MA 01144 |
| | (413) 733-3111 |

Dated: 9/8/05

247010-1281210.1